# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.* | § | Case Nos. 19-34508 (MI) |
| SN PALMETTO, LLC, | § | 19-34509 |
| SN MARQUIS LLC, | § | 19-34510 |
| SN COTULLA ASSETS, LLC, | § | 19-34511 |
| SN OPERATING, LLC, | § | 19-34512 |
| SN TMS, LLC, | §: | 19-34513 |
| SN CATARINA, LLC | §: | 19-34514 |
| ROCKIN L RANCH COMPANY, LLC | § | 19-34515 |
| SN EF MAVERICK, LLC | § | 19-34516 |
| SN PAYABLES, LLC, | § | 19-34517 |
| SN UR HOLDINGS, LLC, | § | 19-34518 |
| Debtor(s). | | Jointly Administered |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the ad hoc group of certain unaffiliated funds, accounts, and/or managers of funds or accounts, as beneficial holders of Secured Notes, and as lenders under the debtor-in-possession credit agreement ("Secured Notes Ad Hoc Group/DIP Lenders")[1] hereby appeal to the United States District Court for the Southern District of Texas from the order D.I. 1848 ("Order") entered on March 10, 2021. A copy of the Order is attached hereto as **Exhibit A**. A copy of the Court's opinion in support of the Order D.I. 1847 ("Opinion") is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The Secured Notes Ad Hoc Group/DIP Lenders consists of Apollo Commodities Management, L.P.; Capital Research and Management Co.; CQS (UK) LLP; Cross Ocean Partners Management LP; Fidelity Management & Research Company, LLC, on behalf of certain funds and accounts; The Northwestern Mutual Life Insurance Co.; Orbis Investment Management Limited (as agent for and on behalf of certain funds); and Southpaw Credit Opportunity Master Fund, L.P.

**Appellants:**

Secured Notes Ad Hoc Group/DIP Lenders

> *Counsel for Appellant Secured Notes Ad Hoc Group/DIP Lenders*

| FOLEY & LARDNER LLP | MORRISON & FOERSTER LLP |
|---|---|
| John P. Melko (TX 13919600) | Dennis L. Jenkins (admitted *pro hac vice*) |
| Jay Munisteri (TX 14667380) | Brett H. Miller (admitted *pro hac vice*) |
| Sharon M. Beausoleil (TX 24025245) | James E. Hough (admitted *pro hac vice*) |
| 1000 Louisiana Street, Suite 2000 | Haimavathi V. Marlier (admitted *pro hac vice*) |
| Houston, Texas 77002 | 250 West 55th Street |
| Telephone: (713) 276-5727 | New York, New York 10019 |
| Facsimile: (713) 276-6727 | Telephone: (212) 468-8000 |
| Email: jmelko@foley.com | Facsimile: (212) 468-7900 |
|       jmunisteri@foley.com | Email: djenkins@mofo.com |
|       sbeausoleil@foley.com |       brettmiller@mofo.com |
| |       jhough@mofo.com |
| |       hmarlier@mofo.com |

Wilmington Savings Fund Society, FSB, in its capacity as successor indenture trustee under the Indenture dated February 14, 2018 (filing a separate notice of appeal)

> *Counsel for Appellant Wilmington Savings Fund Society, FSB, in its capacity as successor indenture trustee under the Indenture dated February 14, 2018*

| COLE SCHOTZ P.C. | ARNOLD & PORTER KAYE SCHOLER LLP |
|---|---|
| Michael D. Warner (TX 00792304) | Jonathan I. Levine (admitted *pro hac vice*) |
| Benjamin Wallen (TX 24102623) | Jeffrey A. Fuisz (admitted *pro hac vice*) |
| 301 Commerce Street, Suite 1700 | 250 West 55th Street |
| Fort Worth, TX 76102 | New York, NY 10019 |
| Telephone: (817) 810-5265 | Telephone: (212) 836-8000 |
| Fascimile: (817) 977-1611 | Facsimile: (212) 836-8689 |
| Email: mwarner@coleschotz.com | Email: jonathan.levine@arnoldporter.com |
|       bwallen@coleshotz.com |       jeffrey.fuisz@arnoldporter.com |
| | |
| Daniel Geoghan (admitted *pro hac vice*) | |
| 1325 Avenue of the Americas, 19th Floor | Ginger Clements (admitted *pro hac vice*) |
| Telephone: (212) 752-8000 | 70 West Madison Street, Suite 4200 |
| Facsimile: (646) 563-7925 | Telephone: (312) 583-2300 |
| Email: dgeoghan@coleshotz.com | Facsimile: (312) 583-2360 |
| | Email: ginger.clements@arnoldporter.com |

**Appellees:**

Delaware Trust Company in its capacity as Lien-Related Litigation Creditor Representative

*Counsel for Appellee*

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Patricia B. Tomasco (TX 01797600)<br>Christopher Porter<br>Devin van der Hahn<br>711 Louisiana Street, Suite 500<br>Houston, Texas 77002<br>Telephone: (713) 221-7000<br>Facsimile: (713) 221-7100<br>Email: pattytomasco@quinnemanuel.com<br>      chrisporter@quinnemanuel.com<br>      devinvanderhahn@quinnemanuel.com<br><br>Benjamin I. Finestone (admitted *pro hac vice*)<br>Kate Scherling (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: benjaminfinestone@quinnemanuel.com<br>      katescherling@quinnemanuel.com<br><br>K. John Shaffer (admitted *pro hac vice*)<br>Matthew Scheck (admitted *pro hac vice*)<br>65 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (212) 443-3100<br>Email: johnshaffer@quinnemanuel.com<br>      matthewscheck@quinnemanuel.com | LOCKE LORD LLP<br>Stephanie Wickouski (admitted *pro hac vice*)<br>200 Vesey Street<br>New York, New York 10281<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754<br>Email: swickouski@lockelord.com |

Dated: March 24, 2021
Houston, Texas

Respectfully submitted,

| **MORRISON & FOERSTER LLP** | **FOLEY & LARDNER LLP** |
|---|---|
| Dennis L. Jenkins (admitted *pro hac vice*) | */s/ John P. Melko* |
| Brett H. Miller (admitted *pro hac vice*) | John P. Melko |
| James E. Hough (admitted *pro hac vice*) | Texas State Bar No. 13919600 |
| Haimavathi V. Marlier (admitted *pro hac vice*) | jmelko@foley.com |
| | Jay Munisteri |
| 250 West 55th Street | Texas State Bar No. 14667380 |
| New York, New York 10019 | jmunisteri@foley.com |
| Telephone: (212) 468-8000 | Sharon M. Beausoleil |
| Facsimile: (212) 468-7900 | Texas State Bar No. 24025245 |
| E-mail: djenkins@mofo.com | sbeausoleil@foley.com |
| brettmiller@mofo.com | 1000 Louisiana, Suite 2000 |
| jhough@mofo.com | Houston, Texas 77002 |
| hmarlier@mofo.com | Telephone: (713) 276-5500 |
| | Facsimile: (713) 276-5555 |

*Counsel to the Secured Notes Ad Hoc Group/DIP Lenders*