United States District Court
Southern District of Texas
**ENTERED**
August 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: SANCHEZ ENERGY CORP., *et al.*,<br><br>Debtors. | § § § § § | Bankruptcy Case No. 19-34508<br><br>Civil Action Nos. H-21-1069, H-21-1071 |
| WILMINGTON SAVINGS FUND SOCIETY FSB, *et al.*,<br><br>Appellants,<br><br>v.<br><br>DELAWARE TRUST COMPANY, in its capacity as Lien-Related Litigation Creditor Representative,<br><br>Appellee. | § § § § § § § § § § § § § § § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation of dismissal under Federal Rule of Bankruptcy Procedure 8023, (Docket Entry No. 17), the court dismisses this appeal, without prejudice.

SIGNED on August 5, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge